FILED
February 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003287191

Kirk Brennan, esq.
Attorney for Debtors
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
T.310-922-9330; F.310-375-6141
calilawoffice@gmail.com
SBN: 265730

Attorney for Debtors Jamie Thomas and James Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 2011-10912 |
| Jamie Thomas and | DCN: KB-1 |
| James Thomas, | Chapter 11 |
| | DATE: No hearing requested |
| | TIME: No hearing requested |
| Debtors. | Judge: Whitney Rimel |

**Declaration of Gordon Dickson in Support of Amended Ex Parte Application to Employ Counsel for Debtors in Possession [11 U.S.C. §327; FRBP 2014(a)]**

Amended Ex parte application to employ counsel for Debtor in Possession- Decl. of Dickson

1

**I, Gordon Dickson, declare:**

1. I have personal knowledge of the facts contained herein, and if called upon, could and would competently testify thereto.
2. I am an attorney licensed to practice law in the State of California and am the founding and managing attorney of Prosper Law Corporation, a California law corporation.
3. Prosper Law Corporation is a California law firm that provides legal representation to clients in the areas of consumer rights, bankruptcy, foreclosure defense and real estate.
4. Mr. Kirk Brennan is a bankruptcy attorney associated with Prosper Law Corporation and has handled numerous bankruptcy matters for Prosper Law clients.
5. Prosper Law Corporation has provided a variety of services to Jamie and James Edwin Thomas, including representation in bankruptcy matters, short sale negotiations, consumer debt negotiations and foreclosure avoidance counseling.
6. Specifically, with regard to the general category of foreclosure avoidance services, Prosper Law Corporation negotiated with several unsecured and secured creditors in an effort to formulate payment plans, filing answers to complaints filed by unsecured creditors, underwritten applications for relief under various foreclosure avoidance programs, including short sale and loan modification, and

Amended Ex parte application to employ counsel for Debtor in Possession- Decl. of Dickson

ongoing negotiations related thereto.  Creditors included credit card companies and various real estate lending companies.

I declare under the penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed this 15th day of February, 2011, at Los Angeles, California.

/s/ Gordon Dickson
Declarant – Gordon Dickson

Amended Ex parte application to employ counsel for Debtor in Possession- Decl. of Dickson

3