Pages: 4

Case 11-10912    Doc 72    Page 1 of 4

FILED
April 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003429939

Kirk Brennan, esq.
Attorney for Debtors
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
T.310-922-9330; F.310-375-6141
calilawoffice@gmail.com
SBN: 265730

Attorney for Debtors Jamie Thomas and James Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE THOMAS and<br><br>JAMES THOMAS,<br><br>Debtors. | Case No.: 2011-10912<br><br>DCN: KB-5<br><br>Chapter 11<br><br>DATE: May 25, 2011<br>TIME: 2 P.M.<br>Loc: 1300 18th St., First Floor, Bakersfield, CA<br>Judge: Whitney Rimel |

**NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL (28710 Gleneagle Court, Tehachapi, CA 93561)**

TO AMERICA'S WHOLESALE LENDER, JP MORGAN CHASE BANK, N.A., OR THEIR SUCCESSORS IN INTEREST AND ATTORNEYS OF RECORD, IF ANY, AND THE UNITED STATES TRUSTEE.

PLEASE TAKE NOTICE that a hearing on the Motion to Value Collateral (28710 Gleneagle Court, Tehachapi, CA 93561) filed by

Notice of Hearing

1

Jamie Thomas and James Thomas, will be heard by the Honorable Judge Rimel on May 25, 2011 at 2 P.M. at 1st Floor, 1300 18th St., Bakersfield, CA.

Debtors are seeking a determination by the Bankruptcy Court that the value of the single family real property located at 28710 Gleneagle Court, Tehachapi, CA 93561 ("Property") is $390,000.

Debtors own the Property, which is secured by a first deed of trust from America's Wholesale Lender and a second deed of trust from JP Morgan Chase Bank, N.A..

The motion seeks a determination by the Bankruptcy Court that (1) the value of the Property is $390,000; (2) The amount of the claim held by JP Morgan Chase Bank, N.A. secured by the second deed of trust is $0.00 for purposes of the Chapter 11 case; and (3) The claim secured by the second deed of trust against the Property is a general unsecured claim for the purposes of Debtors' Chapter 11 Plan.

This Notice of Motion is filed and served pursuant to 11 U.S.C. §506, the Federal Rules of Bankruptcy Procedure, Rule 3012, and Local Rules for the U.S. Bankruptcy Court for the Eastern District of California. Opposition to the granting of the Motion must be (1) in writing; (2) served on the parties identified in Exhibit "A" attached hereto; and (3) filed with the Court by the responding party at least fourteen (14) calendar days preceding the date of the hearing pursuant to Local Rule 9014-1(f)(1). The Court may not hear opposition to the Motion at oral argument if written opposition to the Motion

Notice of Hearing

has not been timely filed.  Failure to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions pursuant to Local Rule 9014-1.  **Further the Court may resolve the matter without oral argument unless written opposition and supporting evidence are filed with the Clerk of Court and served on the moving party, and the Court may strike any written opposition that is not timely filed and served.**

   The Motion is based on this Notice of Hearing, the Motion, the Exhibits, the Request for Judicial Notice, and the Proof of Service of the Motion, all filed concurrently with this Notice. The Motion is also based on any documents filed in reply as well as arguments presented at the hearing.


Date:  April 18, 2011


                        By:  /s/ Kirk Brennan
            Kirk Brennan, attorney for Debtors in Possession

Notice of Hearing

3

```
 1
 2   Jamie Thomas                          James Thomas
 3   28710 Gleneagle Court                 28710 Gleneagle Court
 4   Tehachapi, CA 93561                   Tehachapi, CA 93561
 5
 6   U.S. Trustee                          Kirk Brennan, esq.
 7   Office of the U.S. Trustee            21250 Hawthorne Blvd.
 8   United States Courthouse              Suite 500
 9   2500 Tulare Street, Room 1401         Torrance, CA 90503
10   Fresno, CA 93721
11
12
...
27                        Exhibit "A"
28                       Notice of Hearing
                              4
```