Pages:5

FILED
April 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003429942

Kirk Brennan, esq.
Attorney for Debtors
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
T.310-922-9330; F.310-375-6141
calilawoffice@gmail.com
SBN: 265730

Attorney for Debtors Jamie Thomas and James Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

    Jamie Thomas and

    James Thomas,

                           Debtors.

Case No.: 2011-10912

DCN: KB-5

Chapter 11

DATE: May 25, 2011

TIME: 2 P.M.
Place: 1st Floor, 1300 18th St., Bakersfield, CA

Judge: Whitney Rimel

**Certificate of Service of: Motion to Value Collateral (28710 Gleneagle Court, Tehachapi, CA 93561); Notice of Hearing on Motion to Value Collateral (28710 Gleneagle Court, Tehachapi, CA 93561); Exhibits A through J in Support of Motion to Value Collateral; Request for**

Motion to Value Collateral- Cert. of Service

1

# Judicial Notice in Support of Motion to Value Collateral.

CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the foregoing action. My business address is 21250 Hawthorne Blvd., Suite 500, Torrance, CA 90503.

I am familiar with this office's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the city of Torrance, California. On the date shown below, I served:

**Motion to Value Collateral (28710 Gleneagle Court, Tehachapi, CA 93561);**
**Notice of Hearing on Motion to Value Collateral (28710 Gleneagle Court, Tehachapi, CA 93561);**
**Exhibits A through J in Support of Motion to Value Collateral;**
**Request for Judicial Notice in Support of Motion to Value Collateral;**

____X____ on the parties in said action, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing mail, addressed as follows:

| | |
|---|---|
| Jamie Thomas | James Thomas |
| 28710 Gleneagle Court | 28710 Gleneagle Court |
| Tehachapi, CA 93561 | Tehachapi, CA 93561 |

America's Wholesale Lender
c/o National Registered Agents, Inc.
Ste. 105
875 Avenue of the Americas
New York, NY 10001

Joseph Tanenbaum, CEO/Chairman
America's Wholesale Lender
Ste. 105
875 Avenue of the Americas
New York, NY 10001

Brian Moynihan, CEO
Bank of America
214 North Tryon Street
Charlotte, NC 28255
(by certified mail)

Bank of America, N.A.
c/o CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

```
 1  BAC Home Loans Servicing, LP
 2  c/o CT Corporation System
 3  111 Eighth Ave., 13th Floor
 4  New York, NY 10011
 5
 6  BAC Home Loans Servicing, LP
 7  4500 Park Granada
 8  Calabasas, CA 91302
 9
10  Jamie Dimon, CEO
11  JP Morgan Chase Bank, N.A.
12  1111 Polaris Parkway
13  Columbus, OH 43240
14  (by certified mail)
15
16  JP Morgan Chase Bank, N.A.
17  c/o CT Corporation System
18  818 W. 7th Street
19  Los Angeles, CA 90017
20
21  Chase Home Finance, LLC
22  c/o CT Corporation System
23  111 Eighth Ave., 13th Floor
24  New York, NY 10011
25
26  ____X____ on the parties in said action, by placing a true and
27  correct copy thereof in .pdf format, sending it over the
```

Internet to the email address(es) that follow, with the subject line reading: "Service Pursuant to FRCivP5, In re Thomas (Case No. 2011-10912), Motion to Value Collateral."

U.S. Trustee
ustpregion17.fr.ecf@usdoj.gov

Joe M. Lozano
notice@bkcylaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this April 18, 2011 at Torrance, California.

/s/ Kirk Brennan
Kirk Brennan

Motion to Value Collateral- Cert. of Service

5