FILED
April 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003442560

Kirk Brennan, esq.
Attorney for Debtors
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
T.310-922-9330; F.310-375-6141
calilawoffice@gmail.com
SBN: 265730

Attorney for Debtors Jamie
Thomas and James Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE THOMAS and<br><br>JAMES THOMAS,<br><br><br><br><br>Debtors. | Case No.: 2011-10912<br><br>DCN: KB-6<br><br>Chapter 11<br><br>DATE: May 25, 2011<br>TIME: 2 P.M.<br>PLACE:1st floor, 1300 18th St., Bakersfield, CA<br><br>Judge: Whitney Rimel |

**FIRST INTERIM APPLICATION FOR FEES AND EXPENSES BY ATTORNEY AND DEBTORS' STATEMENT**

1.) Name of Applicant:  Kirk Brennan of California Law Office, P.C.

2.) Type of Services Rendered:  Legal Services

a.) **X** attorney for:  Debtors Jamie Thomas and James Thomas

b.) ___ Accountant for:

c.) ___ Other professional:

3.) Date of filing of petition under Chapter 11 of the Bankruptcy Code: January 26, 2011.

4.) Date of entry of order approving applicant's employment: April 12, 2011.  The order allows leave to file at monthly intervals.

5.) Total fees allowed or paid to applicant to date (including retainers and prior approved fee applications):

a.) Retainer received:  $2500 pre-petition; plus $0 post-petition

b.) Total amount paid from retainer prior to commencement of case: $0.00

c.) Retainer remaining as of the date of the application: $2500.

d.) Total amount requested in all prior applications: $0.

e.) Total amount actually paid pursuant to prior approved applications: $0.

f) Total amount due but unpaid pursuant to prior approved applications: $0

g.) Total amount allowed but reserved pending final fee application: $0.

SUMMARY OF LEGAL FEES

6) Applicant submits Exhibit "A" included with the *Exhibit A in Support of First Interim Application for Fees and Expenses by*

First Interim Application for Fees and Expenses by Attorney and Debtors' Statement

2

*Attorney*, detailing the nature of the services rendered in support of this application.

7.) Applicants [X] chronological list of services [ ] list of services sorted by task code is attached to the Exhibits as Exhibit "A."

8.) Time period covered by this application:  January 17, 2011 through April 21, 2011.

9.) Summary of requested fees:

    a.) by timekeeper:

| Timekeeper | Admitted | Time | Rate | Value |
|---|---|---|---|---|
| Kirk Brennan | 12/2009 | 66.45 | $200 | $13290 |

    b.) by task code:

| Task | Code | Time | Value |
|---|---|---|---|
| Case Administration | B110 | 26.2 | $5240 |
| Mtngs of, Communication w/creditors | B150 | 2.1 | $420 |
| Fee/Employment Applications | B160 | 10.5 | $2100 |
| Other Contested Matters | B190 | 13.25 | $2650 |
| Financing/Cash Collections | B230 | 7.3 | $1460 |
| Claims Admin. and Objections | B310 | 5.6 | $1120 |
| Plan and Disclosure Statement | B320 | 1.5 | $300 |

10.) Total Fees Requested this Application:  $13290


REIMBURSEMENT OF COSTS

11.) Total expenses paid to applicant to date:  $0

First Interim Application for Fees and Expenses by Attorney and Debtors' Statement

12) Summary of Requested Expenses:

| Task | Value |
| --- | --- |
| Ch. 11 Filing Fee | $1039 |
| Amended Schedules Filing Fee | $26 |
| HomeInfo Ma Deed of Trust docs | $32.99 |
| Postage- MTV Oceano | $22 |
| Postage- Objection to Claim 4 | $22 |
| Postage- MTV Tehachapi | $47.13 |

13) Total Expenses Requested this Application:    $1189.12

14) Applicant's statement for fees and costs has been provided to the debtors for review prior to filing this application. Applicant and debtors have resolved debtors' questions regarding these fees (if any).

CASE STATUS

15.) A plan and disclosure statement have not yet been filed but are expected to be filed within the next two weeks.

16.) All quarterly fees have been paid to the United States Trustee.

17.) All monthly operating reports have been filed.

DECLARATION

18.) The undersigned declares under penalty of perjury under the laws of the United States of America that the foregoing application and all attached supporting documents are true and

First Interim Application for Fees and Expenses by Attorney and Debtors' Statement

1 │ correct and accurately reflect services rendered and expenses

2 │ incurred to the best of the undersigned's knowledge and belief.

3

4 │ Dated:  April 22, 2011 at Torrance, California

5

6 │                                     /s/ Kirk Brennan

7 │                 Kirk Brennan, Attorney for Debtors in Possession
   │                 California Law Office, P.C.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 │    First Interim Application for Fees and Expenses by Attorney and Debtors' Statement

DEBTORS' STATEMENT REGARDING RECEIPT OF ATTORNEY'S BILL AND STATEMENT OF NO OBJECTIONS

I, JAMIE THOMAS and I, JAMES THOMAS, Debtors in this bankruptcy proceeding, received from Kirk Brennan the statement for legal services rendered for the benefit of Debtors for the period January 17, 2011 through April 21, 2011, for fees in the sum of $13,290 and expenses in the sum of $1189.  All of the fees and expenses are reasonable and necessary for the administration of the estate, and I have no objection to those fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2011, at Tehachapi, California.


/s/ Jamie Thomas
_____
Jamie Thomas


/s/ James Thomas
_____
James Thomas

First Interim Application for Fees and Expenses by Attorney and Debtors' Statement