Case 11-10912 Doc 93 Page 1 of 3

2011-10912
FILED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003503281

Kirk Brennan, esq.
Attorney for Debtors
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
T.310-922-9330; F.310-375-6141
calilawoffice@gmail.com
SBN: 265730

Attorney for Debtors Jamie Thomas and James Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

JAMIE THOMAS and

JAMES THOMAS,

Debtors.

Case No.: 2011-10912

DCN: KB-2

Chapter 11

Judge: Whitney Rimel

**Order Approving Ex Parte Application to Employ Dennis Burkart, Certified Public Accountant, for Debtors in Possession [11 U.S.C. §327; FRBP 2014(a)]**

Ex parte application to employ Dennis Burkart, Certified Public Accountant- Order

1

RECEIVED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003503281

An application to employ Dennis Burkart pursuant to 11 U.S.C. 327 has been made. Based on the application, the record, and the verified statement required by the Federal Rule of Bankruptcy Procedure 2014(a), it appears that the accountant is eligible to be employed, provided, however, that as a condition preceden to employment, said accountant waive any pre-petition claim against the debtors' bankruptcy estate.

It is ordered that the Debtors in Possession are authorized to employ Dennis Burkart, Certified Public Accountant, as their accountant subject to the following reasonable terms and conditions pursuant to 11 U.S.C. §327 and §§329-331.

1. No compensation is permitted, except upon court order following application pursuant to 11 U.S.C. §330(a).

2. Compensation will be made at the "lodestar rate" for accounting services applicable at the time that services are rendered in accordance with the Ninth Circuit decision in *In re Manoa Fin. Co.*, 853 F.2d 687 (9th Cir. 1988). No hourly rate or other term referred to in the application papers is approved unless unambiguously so stated in this order or in a subsequent order of this court.

3. Monthly applications for interim compensation pursuant to 11 U.S.C. §331 will be entertained.

4. Acceptance of employment by Dennis Burkart pursuant to this order shall be deemed an irrevocable waiver by Dennis Burkart of any prepetition claim, if any, against the bankruptcy estate.

Ex parte application to employ Dennis Burkart, Certified Public Accountant- Order

5. Nothing contained herein shall be construed to approve any agreement between the debtors and Dennis Burkart for indemnification, arbitration, choice of venue or jurisdiction, jury waiver, limitation of damages, or the like.

Dated:

May 19, 2011

United States Bankruptcy Judge

Ex parte application to employ Dennis Burkart, Certified Public Accountant- Order

3