## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Jamie Thomas and James Edwin Thomas | **Case No :** | 11−10912 − A − 11 |
| | | **Date :** | 5/25/11 |
| | | **Time :** | 02:00 |
| **Matter :** | [10] − Order Re Chapter 11 Status Conference and Notice Thereof as Transmitted to BNC for Service; Status Conference Re: [1] Voluntary Petition to be held on 3/30/2011 at 02:00 PM at Bakersfield Hearing Location (tsef) | | |
| **Judge :** | Whitney Rimel | | |
| **Courtroom Deputy :** | Gay Parker | | |
| **Reporter :** | Linda Gorman | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney − Kirk R. Brennan
**Respondent(s) :**
    U.S. Trustee's Attorney − Robin Tubesing

HEARING CONTINUED TO: 6/29/11 at 02:00 PMRequest of Parties

The hearing was continued for the following reason(s):
with hearing on approval of disclosure statement. Court shortened time today for hearing. If approved, hearing on confirmation will be 7/20 at 2 p.m. in Bakersfield. Not treating as a small business case.