
FILED
May 31, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003527757

PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for BAC Home Loans Servicing, LP
B.500-1273

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 11-10912 |
| JAMIE THOMAS AKA JANIE THOMAS AND JAMES EDWIN THOMAS AKA JIM EDWIN THOMAS, | Chapter 11<br><br>NOTICE OF APPEARANCE |
| Debtor. | |
| _____/ | |

BAC Home Loans Servicing, LP, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of BAC Home Loans Servicing, LP. The undersigned hereby requests that any pleadings and documents that BAC Home Loans Servicing, LP is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: May 27, 2011     By /s/ Cassandra J. Richey
                                        Cassandra J. Richey, Esq., #155721

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Asalia Catalan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On May 31, 2011, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Jamie Thomas
James Edwin Thomas
28710 Gleneagle Court
Tehachapi, CA  93561
Debtors

Kirk Brennan, Esquire
21250 Hawthorne Blvd., Ste. 500
Torrance, CA 90503
Attorney for Debtors

Robin S. Tubesing, Esquire
Office of the U.S. Trustee
2500 Tulare Street, Room 1401
Fresno, CA 93721
Attorney for the U.S. Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2011, at Woodland Hills, California.

*/s/ Asalia Catalan*