2011-10912
FILED
June 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003540650

Kirk Brennan, esq.
Attorney for Debtors
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
T.310-922-9330; F.310-375-6141
calilawoffice@gmail.com
SBN: 265730

Attorney for Debtors Jamie Thomas and James Thomas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Thomas and<br><br>James Thomas,<br><br><br><br>Debtors. | Case No.: 2011-10912<br><br>DCN:  KB-5<br><br>Chapter 11<br><br>DATE: May 25, 2011<br>TIME: 2 P.M.<br>PLACE: 1$^{st}$Fl., 1300 18th Street, Bakersfield, CA<br><br>Judge: Whitney Rimel |

**Order Granting Motion/Application to Value Collateral of America's Wholesale Lender, JP Morgan Chase Bank, NA (28710 Gleneagle Court, Tehachapi, CA 93561)**

Motion/Application to Value Collateral of America's Wholesale Lender, JP Morgan Chase Bank, NA (28710 Gleneagle Court, Tehachapi, CA 93561)- Order

RECEIVED
June 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003540650

The hearing on the motion/application to value the collateral of America's Wholesale Lender, JP Morgan Chase Bank, NA (28710 Gleneagle Court, Tehachapi, CA 93561), filed by Jamie Thomas and James Thomas ("Debtors"), was held on May 25, 2011 before the Honorable Whitney Rimel. Kirk Brennan, esq. appeared on behalf of the Debtors. There were no other appearances.

The Court considered the Motion and papers filed in support of the Motion. No opposition was filed. Notice was adequate pursuant to LBR 9014-1(f)(1). The motion was supported by competent evidence.

The Court finds that:

1. First Trust Deed: No opposition to the granting of the Motion was filed or heard from the holder of the Note, America's Wholesale Lender, its successors or assigns. Nor was any opposition to the granting of the Motion filed or heard from Bank of America or BAC Home Loans Servicing, LP;

   a. Service was proper upon America's Wholesale Lender.
   b. Service was proper upon Bank of America.
   c. Service was proper upon BAC Home Loans Servicing, LP.

2. Second Trust Deed: No opposition to the granting of the Motion was filed or heard from the holder of the Note, JP Morgan Chase Bank, N.A., its successors or assigns.

   a. Service was proper upon JP Morgan Chase Bank, N.A..
   b. Service was proper upon Chase Home Finance, LLC.

3. Based on the evidence presented by the Debtors in support of the Motion, the value of the property is $390,000.

4. Based on the evidence presented by the Debtors in support of the Motion, the loan secured by JP Morgan Chase Bank, N.A.'s (or its successors or assigns) second deed is wholly unsecured.

Motion/Application to Value Collateral of America's Wholesale Lender, JP Morgan Chase Bank, NA (28710 Gleneagle Court, Tehachapi, CA 93561)- Order

Therefore, the Court orders that:

1.  The Debtors' motion/application to value the collateral of America's Wholesale Lender, JP Morgan Chase Bank, NA (28710 Gleneagle Court, Tehachapi, CA 93561), is granted.

2.  For purposes of Debtors' chapter 11 plan, the loan secured by JP Morgan Chase Bank, N.A.'s (or its successors or assigns) second deed is wholly unsecured and shall be treated as a general unsecured claim.

Dated: Jun 07, 2011

_____
United States Bankruptcy Judge

Motion/Application to Value Collateral of America's Wholesale Lender, JP Morgan Chase Bank, NA (28710 Gleneagle Court, Tehachapi, CA 93561)- Order

3